**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | CV-10-0696-PHX-LOA |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Direct Marketing Associates, Corp.; John ) | |
| M. Rainey, Jr., ) | |
| ) | |
| Defendants. ) | |
| ) | |

The Government having expressly consented in writing to magistrate-judge jurisdiction pursuant to 28 U.S.C. § 636(c), docket # 8, and good cause appearing,

**IT IS ORDERED** that the Government's Motion to Approve Stipulated Final Judgment and Order for Civil Penalties, Permanent Injunction, and Other Equitable Relief, docket # 4, is hereby **WITHDRAWN** without prejudice to renewal.

**IT IS FURTHER ORDERED** that this lawsuit is **STAYED** and placed on inactive status until **Monday, October 4, 2010** (180 days) pending:

1. The Chapter 7 Trustees' filing motion(s) under Fed. R. Bankr. P. 9019(a), seeking Bankruptcy Court approval of the Proposed Stipulated Judgment, in *In re Direct Marketing Associates, Corp.*, No. 2:10-bk-00910-SSC (Bankr. D. Ariz. petition filed Jan. 13, 2010), and in *In re John M. Rainey, Jr., & Laurie A. Rainey*, 2:10-bk-03031-GBN (Bankr. D. Ariz. petition filed Feb. 5, 2010);

2. Decision(s) by the Bankruptcy Court on the Rule 9019(a) motion(s) in the subject Bankruptcy Cases;

3. The Bankruptcy Trustees' approval of the parties' (proposed) Stipulated Final Judgment; or

4. Upon further order of this District Court.

**IT IS FURTHER ORDERED** that if the Rule 9019(a) motion(s) in the Bankruptcy Court have not yet been adjudicated despite Plaintiff's due diligence in seeking their resolution or Plaintiff timely demonstrates a reasonable basis for continuance of this lawsuit on inactive status, Plaintiff shall file a Status Report on or before **Monday, October 4, 2010** to inform the Court what action, if any, has been undertaken in the Bankruptcy Court and why this lawsuit should remain on inactive status without dismissal. Absent good cause shown, Plaintiff's failure to file a timely Status Report may result in the dismissal of this case without prejudice. *O'Donnell v. Vencor Inc.*, 466 F.3d. 1104 (9th Cir. 2006).

DATED this 7th day of April, 2010.

*Lawrence O. Anderson*
Lawrence O. Anderson
United States Magistrate Judge